■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYAN DAUGHERTY, Appellant. [735 NYS2d 838] —Judgment unanimously modified as a matter of discretion in the interest

of justice and as modified affirmed in accordance with the following Memorandum: We reject the contention of defendant that his absence from two pretrial conferences deprived him of the right to be present at a material stage of the trial. Defendant concedes that the pretrial conferences were held to discuss a possible plea bargain, and thus his presence was not required (*see, People v Harris*, 222 AD2d 522, 523, *lv denied* 87 NY2d 1020, 88 NY2d 936; *People v Woodrich*, 212 AD2d 998, *lv denied* 85 NY2d 945; *People v DeLong*, 206 AD2d 914, 915). We agree with defendant, however, that the sentence is unduly harsh and severe. Even though the sentence was bargained for, we modify the judgment as a matter of discretion in the interest of justice by reducing the sentences imposed on counts one and five of the indictment to determinate terms of incarceration of $3^1/_2$ years each and by reducing the sentence imposed on count six to an indeterminate term of incarceration of 1 to 3 years. (Appeal from Judgment of Ontario County Court, Doran, J.—Attempted Robbery, 1st Degree.) Present—Pine, J. P., Wisner, Kehoe, Gorski and Lawton, JJ.